# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2022 KW 0295

VERSUS

ELLIOT WAYNE GALLOWAY                                     **JULY 5, 2022**

---

In Re:    Elliot Wayne Galloway, applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany,
          No. 588,535.

---

**BEFORE:   McCLENDON, WELCH, AND HESTER, JJ.**

**WRIT DENIED AS MOOT.** The record of the St. Tammany Parish
Clerk of Court shows that on April 29, 2022, the district court
denied relator's application for postconviction relief wherein
he sought an out-of-time appeal.

PMc
JEW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT